UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF CENTRAL LABORERS'
PENSION, WELFARE & ANNUITY FUNDS,

    Plaintiff,

    v.

R.B. BUSH CONTRACTING, INC.,

    Defendant.

Case No. 12-cv-776-JPG-SCW

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. On December 4, 2013, Judge William D. Stiehl directed the plaintiff to supplement its motion for default judgment but did not set a deadline for that supplement (Doc. 10), and the plaintiff has not yet filed its supplement. The Court **ORDERS** that the plaintiff shall file the requested supplement on or before February 28, 2014. If the plaintiff fails to file a supplement in a timely manner, the Court will deny the motion for default judgment without prejudice, may construe the failure as an intent to abandon this case, and may dismiss this case for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**
**DATED: February 4, 2014**

                                            s/J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**