UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF CENTRAL LABORERS'
PENSION, WELFARE & ANNUITY FUNDS,

     Plaintiff,

          v.

R.B. BUSH CONTRACTING, INC.,

     Defendant.

Case No. 12-cv-776-JPG-SCW

**MEMORANDUM AND
ORDER TO SHOW CAUSE**

This matter comes before the Court for case management purposes.   On December 4, 2013, Judge William D. Stiehl directed the plaintiff to supplement its motion for default judgment but did not set a deadline for that supplement (Doc. 10).   On February 4, 2014, the Court set a deadline of February 28, 2014, for the plaintiff to file its supplement and warned that the Court would deny the motion for default judgment without prejudice if no supplement was filed.   The plaintiff has not filed a supplement as ordered.   Accordingly, the Court **DENIES without prejudice** the motion for default judgment (Doc. 9).   The Court further **ORDERS** the plaintiff to **SHOW CAUSE** on or before March 21, 2014, why the Court should not construe the failure to file a supplement as an intent to abandon this case and why the Court should not dismiss this case for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**
**DATED: March 4, 2014**

                         s/ J. Phil Gilbert
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**